United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-00539-JAW
Freddie Lamar Moncrief  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Aug 07, 2025      Form ID: ntcdsm      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Freddie Lamar Moncrief, 116 Kildare Court, Jackson, MS 39209-3635 |
| 5087388 | + 1st Franklin Financial, 317 Highway 80 East, Clinton, MS 39056-4717 |
| 5087400 | + MS Retina Associates, P.O. Box 12401, Jackson, MS 39236-2401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: AISACG.COM | Aug 07 2025 23:29:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Aug 07 2025 23:29:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5099643 | + Email/Text: bankruptcy@1ffc.com | Aug 07 2025 19:29:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5087389 | + Email/Text: bkinfo@ccfi.com | Aug 07 2025 19:29:00 | AD ASTRA Recoverty, 3607 N. Ridge Rd., Wichita, KS 67205-1230 |
| 5087390 | + Email/Text: sbridwell@arscollections.com | Aug 07 2025 19:29:00 | Advanced Recovery Syst, 219 Katherine Dr, Flowood, MS 39232-9588 |
| 5087391 | + Email/Text: bankruptcy@acacceptance.com | Aug 07 2025 19:29:00 | American Credit Accept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5098435 | + Email/Text: bankruptcy@acacceptance.com | Aug 07 2025 19:29:00 | American Credit Acceptance, 961 East Main St, Spartanburg SC 29302-2149 |
| 5087392 | + EDI: CAPITALONE.COM | Aug 07 2025 23:29:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5099276 | EDI: JEFFERSONCAP | Aug 07 2025 23:29:00 | Conn Appliances, Inc. d/b/a Conn's HomePlus as, servicer-in-fact and attorney-in-fact fo, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5087393 | + EDI: JEFFERSONCAP.COM | Aug 07 2025 23:29:00 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 5087394 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2025 19:39:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5087395 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 07 2025 19:39:13 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 5097332 | + EDI: AISACG.COM | Aug 07 2025 23:29:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 5087396 | + EDI: AMINFOFP.COM | Aug 07 2025 23:29:00 | First Premier Bank, 3820 N Louise Ave, Sioux |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: ntcdsm | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Falls, SD 57107-0145 |
| 5463392 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 07 2025 19:29:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5087397 | + | EDI: PHINGENESIS | Aug 07 2025 23:29:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5101129 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 19:39:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5087398 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2025 19:29:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5087399 | + | EDI: PHINGENESIS | Aug 07 2025 23:29:00 | Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5087401 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 07 2025 19:29:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5087402 | + | Email/Text: netcreditbnc@enova.com | Aug 07 2025 19:29:51 | Netcredit, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604-2863 |
| 5102481 | + | EDI: JEFFERSONCAP.COM | Aug 07 2025 23:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5101929 | | EDI: Q3G.COM | Aug 07 2025 23:29:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5087404 | | Email/Text: bankruptcy@republicfinance.com | Aug 07 2025 19:29:00 | Republic Finance Llc, 909 Old Vicksburg Rd, Clinton, MS 39056 |
| 5092961 | | Email/Text: bankruptcy@republicfinance.com | Aug 07 2025 19:29:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5101229 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 07 2025 19:29:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5087403 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 07 2025 19:29:00 | Real Time Resolutions, P.O. Box 731940, Dallas, TX 75373-1940 |
| 5087405 | + | EDI: PHINELEVATE | Aug 07 2025 23:29:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 5087406 | + | Email/Text: bkinfo@ccfi.com | Aug 07 2025 19:29:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5090582 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 07 2025 19:29:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: ntcdsm | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Freddie Lamar Moncrief jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Freddie Lamar Moncrief trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 22−00539−JAW
Chapter: 13

In re:
Freddie Lamar Moncrief
aka Freddie Lamar Moncrief Sr.
116 Kildare Court
Jackson, MS 39209

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−7804

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on August 7, 2025.

Dated: 8/7/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600